UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM ELIAS, SYDNEY ELIAS,
JAMIE AYOUB, and HILDA ZAROU,

    Defendants.

_____/

Case No. 22-10544

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S AUGUST 4, 2022 REPORT AND RECOMMENDATION [30]**

This action was initiated by Plaintiff United States of America to avoid allegedly fraudulent transfers of property. (ECF No. 1.) The case has been referred to Magistrate Judge Elizabeth A. Stafford for all pre-trial matters. (ECF No. 12.) Magistrate Judge Stafford granted Plaintiff's motion for leave to amend its complaint (ECF No. 29) and now recommends the denial of Defendants' motion to dismiss without prejudice as moot (ECF No. 30). No party has filed objections to the Magistrate Judge's report and recommendation. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge's recommendation. The Court, therefore, ACCEPTS AND ADOPTS the report and recommendation (ECF No. 30). Accordingly, Defendants' motion to dismiss (ECF Nos. 15, 18, 21, 22) is DENIED WITHOUT PREJUDICE.

SO ORDERED.

s/Nancy G. Edmunds<br>Nancy G. Edmunds<br>United States District Judge

Dated: August 24, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 24, 2022, by electronic and/or ordinary mail.

s/Lisa Bartlett<br>Case Manager